## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PURVI, LLC,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **NATIONAL FIRE & MARINE** | **NO.  18-822** |
| **INSURANCE COMPANY,** | |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 12th day of February, 2019, upon consideration of Defendant National's Motion for Partial Summary Judgment (ECF No. 40) and briefing in support (ECF No. 46), Defendant KK's Motion for Summary Judgment (ECF No. 39) and briefing in support (ECF No. 45), and Plaintiff's responses to each Motion (ECF Nos. 42 & 43), **IT IS ORDERED** that the Motions are **GRANTED**.

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**